**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MARK MANWARREN,**

                  **Plaintiff,**                  3:18-cv-877
                                                            (GLS/DEP)

                  **v.**

**JOHN CAMERON, et al.,**

                  **Defendants.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

**FOR PLAINTIFF:**
MARK MANWARREN
Plaintiff, *Pro Se*
1478 Co. Rd. 16
Plymouth, New York 13832

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following an Order, Report, and Recommendation by Magistrate Judge David E. Peebles, duly filed on August 22, 2018. (Dkt. No. 11.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Order, Report, and Recommendation for clear error, it is hereby

**ORDERED** that the Order, Report, and Recommendation (Dkt. No. 11) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's claims in this action against defendants Judge Campbell, John Cameron, and Town of Norwich are **DISMISSED** with leave to replead; and it is further

**ORDERED** that plaintiff may file an amended complaint within **THIRTY (30) DAYS** of this order; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint in the time permitted, the clerk is directed to close this case without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

January 7, 2019
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge